**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____Pensacola_____ **DIVISION**

## EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### TO BE USED BY PRO SE LITIGANTS IN ACTIONS
FILED UNDER 42 U.S.C. § 2000e, et seq., (Title VII of the Civil Rights Act)
29 U.S.C. § 621, et seq., (Age Discrimination in Employment Act)
OR 42 U.S.C. § 12112, et seq., (Americans with Disabilities Act)

Stephanie M. Blackman

(Name of Plaintiff)

vs.

CASE NO: 3:12cv588 RS/EMT
(To be assigned by Clerk)

Escambia County
School Board

(Name of Defendant which should
generally be the name of the Employer.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

**I.    PARTIES:**

    **A.    PLAINTIFF:**

State your <u>full name</u>, full mailing address, and phone number:

Name of Plaintiff: Stephanie Blackmon
Mailing address: 302 Ariola Ave
Pensacola FL 32503

Phone # (850) 356-3572

    **B.    DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line (place where you were employed or sought employment) and mailing address.

Defendant's name: Escambia County
Mailing address: School Board
75 N Pace Blvd
Pensacola Fl 32505

**PLEASE CONTINUE ANSWERING ALL QUESTIONS ON THE FOLLOWING PAGES**

2

**II.   FACTUAL BACKGROUND:**

1. Defendant Employer is: Escambia County School Board
2. Defendant's business is: School Bus Transportation
   Business address - location of headquarters: 75 N Pace Blvd
   Pensacola Fl 32505
3. Plaintiff ☐ sought employment from Defendant on 01 / 2012
   or ☐ was employed by Defendant from 10/09 until 06/2011.
4. The location where Plaintiff was employed or sought employment was:
   (street address)   51 E Texar Dr
   (city/county and state)   Pensacola, Fl 32503
5. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission on: 8/21/2012.
6. The Respondent(s) named on the EEOC charging document: _____
   _____. (attach document).
7. Defendant discriminated against Plaintiff as described in Section III of this complaint on or about Jan (day) 07 _____ (month), and 2012 (year). ¢ 08/2012
8. As claimed in the EEOC charging document, Defendant discriminated against Plaintiff because of Plaintiff's:   ☒ gender/sex Female _____ (please identify)
   ☒ race _____           ☐ color _____
   ☐ religion _____       ☐ national origin _____
   ☐ disability _____     ☐ age  Date of Birth is _____
   ☐ other (explain): _____
9. Defendant discriminated against Plaintiff when Defendant:
   ☒ failed to hire Plaintiff         ☒ terminated Plaintiff's employment
   ☐ failed to promote Plaintiff      ☒ retaliated against Plaintiff
   ☐ failed to accommodate Plaintiff's disability     ☒ unequal treatment
   ☐ other (explain): _____
10. The EEOC issued a Notice of Right to Sue which was dated: 10/01/12 and which was received by Plaintiff on _____.
    » »   The notice is attached to this complaint.   ☒ yes ☐ no « «
11. Plaintiff also filed charges concerning this discrimination with the Florida Commission on Human Relations on: _____ or ☒ did not file.

3

**JURISDICTIONAL AND STATUTORY BASIS OF CLAIM:**

This action is brought for discrimination in employment pursuant to:

- ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117

*Note: To bring suit in federal court under any of the above Acts, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.

## III. STATEMENT OF FACTS:

Briefly state the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> *You must set forth separate factual allegations in separately numbered paragraphs.* Additional pages may be added to state the relevant facts if necessary. Absent extraordinary circumstances, no more than two (2) additional pages should be attached.

I am filing a Complaint of Racial Discrimination and Wrongful Termination against all Parties Involved: Terry McKnight, Pam McKnight, Sharon Ball and Trish (last name unknown) and Janine (last name unknown). A complaint of Racial Discrimination, Workplace Retaliation, Slander, Harassment and Defamation of Character.

I was Employed by The School Board from 10/09 until 06/11 as a Substitute Bus Driver. I work and completed the last day of school in June, 2011. In 08/2011 I called Pam McKnight and asked if She had an available Route for me when school began, She told Me "No". She later called me back and told Me She had only "one". The School Camelot. I Told her "Pam, That Route is too Rough for me, I'll Float and Fill in (as a substitute) as needed. I asked if any other Route Manager had anything available. She said that She didn't Think So, I said Ok Let Me Know".

4

(2) I attended the end Service at the beginning of the School year 08/2011, to see if any Routes would become available and if any other Route Managers had any Left over I could Fill. Everyone Recieved Their Folders and I asked Pam Again were any Routes available. She said "No" only Camelot, which she Gave to Ms. Mary Williams. I asked if any of the other Route Managers have any Routes Left over she said "No" I said OK "Call me if anything comes available. As Ms. Mary and I were leaving The end Service Together, Two white women and a white Male Followed behind us. The two white women asked, "who did they give the Camelot Route Too?" The white Male Responded by Stating "Oh, They Gave it to the two Black girls". Ms. Mary, offended by his statement, approached The Male to explain how she Felt about his statement. She said, she did not appreciated being called a "black girl" and Her name is Mary and Thats what She would Like to be called. As Time Elapsed, I went on To work at another job and I continued Working until that job ended. I noticed Calls on my Called I.D. from Time to Time but I decided To Stay Working where I was employed.

When That job ended and after taking Classes Online Through to the end of the year (2011). In January 2012, I returned to the School Board Transportation office To make Myself available for work. Expecting To see and Talk with Ms. Joyce Ferber, But Ms. Joyce was not there (She Retired). Her place was (Pam McKnight's husband) Terry McKnight. I Told Mr McKnight I come in to Make Myself Available for work and To update any information That needed To be Filled out. Mr McKnight told me to have a Seat and He will be right back. He went To Talk To his Wife and The other Route Managers (Named above) about me. He Returned back To his office and Proceeded To Tell Me, "yes we Do Need Bus Drivers" "What we are Looking For are reliable bus Drivers and you are not Reliable." He Told me I walked out on 3 Route Managers". Mr McKnight and The named above Route Managers, Prevented me From Returning To work and as a result my Class "B" Saftey Credentials, and Road Test Expired.

12. The facts as set forth above in Section III of this complaint:
   ☐ are still being committed by Defendant against Plaintiff ← Future Threats
   ☐ are no longer being committed by Defendant against Plaintiff
13. Plaintiff:  ☐ still works for Defendant  ☒ no longer works for Defendant, or not hired.

5

(2) I believe Mrs Pam McKnight became angered by my turning down the Camelot Route. Camelot is a predominately African American School driven by predominately African American bus drivers. Pam McKnight didn't feel I had a right to turn down such a Route being that "I" am Black. She became angered and set in place a conspiracy among her and the other Route Managers (named above) to have me Black Balled and Ousted (Exiled) in Escambia County from being able to drive school buses ever again. Pam McKnight, Terry McKnight and all of the above named Route Managers are treating me differently than they treat the "White" Substitute bus drivers. If I were "White", Male or Female and Turned Down the Camelot Route or any other Route, None of the above and following events would have occured.

August 2012, I applied for a job at the Jacqueline Harris Preparatory Academy. I applied for a "Bus Driver" position. When asked by Ms. Cindy if my Flex Test and Physical were up to date, I didn't know. I called to the Transportation Office on Texar Dr and spoke to Terry McKnight, The person over Training at the time I was employed. I asked if my Flex test and Physical were current and he proceeded to ask me questions about where I was employed? Who was I applying for a job with? I told him Jacqueline Harris Preparatory Academy. I told him they needed the information right away so that I could fill the position. He told me, He needed to do some research and he would give me a call back. He never called. I called him back. I asked if he had done the research he needed to do, He said "no". I told him they really needed the information, so that I could fill the position. He said "He will get right on it" and call me back. He called back and proceeded to tell me, He called over to Jacqueline Harris and talked with Cindy and told Cindy, I was an unreliable employee and they didn't want me back at the transportation office. He said I walked out on "3" Route managers. He Bad mouthed me and tried to prevent me from being Hired. He slandered me and defamed my character to a potential employer. Then he proceed to threaten me and my future employment in Escambia County."

12. The facts as set forth above in Section III of this complaint:
   ☐ are still being committed by Defendant against Plaintiff
   ☐ are no longer being committed by Defendant against Plaintiff
13. Plaintiff:  ☐ still works for Defendant   ☐ no longer works for Defendant, or not hired.

5

14. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ☐ yes   ☒ no   Explain: _____

## IV. REQUEST FOR RELIEF:

As relief from the allegations of discrimination as stated above, Plaintiff prays that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff
☒ Defendant be directed to re-employ Plaintiff
☐ Defendant be directed to promote Plaintiff
☒ Defendant be directed to  Pay All Lost Wages

As additional relief to make Plaintiff whole, Plaintiff seeks: A Protective injunction against Future Threats and intimidation. Protection against any attempts to Deny me Liberty and Pursuit of Happiness.
☒ injunctive relief (please explain): Stop Bullying, Intimidation and Discrimination
☒ monetary damages (please explain): Hardship, duress, Mental Stress and Anguish from
☒ costs and fees involved in litigating this case. Being Threatned. Loss Wages
and such other relief as may be appropriate, including attorney's fees, if applicable.

Plaintiff seeks a ☒ jury trial   ☐ bench trial (without jury)

**I, hereby, declare under penalty of perjury that the foregoing statements have been written by me and are true and correct.**

12/13/2012
(Date)

Stephanie Blackmon
(Signature of Plaintiff)

Stephanie Blackmon
(please print or type name legibly)

302 Anola Ave
Pensacola Fl 32503

(full mailing address)

Revised 08/2005

| EEOC Form 161 (11/09) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Stephanie M. Blackmon<br>302 Ariola Avenue<br>Pensacola, FL 32503 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No.<br>425-2012-01041 | EEOC Representative<br>**Annette M. George,<br>Investigator** | | Telephone No.<br>**(251) 690-2363** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*    10-1-12

Enclosures(s)    Erika LaCour,    *(Date Mailed)*
Local Office Director

cc: **ESCAMBIA COUNTY SCHOOL BOARD**
Human Resource Manager
215 West Garden Street
Pensacola, FL 32502

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>425-2012-01041 |
|---|---|---|

Florida Commission On Human Relations and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Stephanie M. Blackmon | (850) 512-8586 | 01-14-1970 |

| Street Address | City, State and ZIP Code |
|---|---|
| 302 Ariola Avenue, Pensacola, FL 32503 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| ESCAMBIA COUNTY SCHOOL BOARD | 201 - 500 | (850) 439-5591 |

| Street Address | City, State and ZIP Code |
|---|---|
| 215 West Garden Street, Pensacola, FL 32502 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2012   Latest: 09-11-2012
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I believe the Respondent terminated me from the Substitute Bus Driver position and failed to consider me for employment at the Jacqueline Harris Prepatory Academy because of my race, Black, and sex.

I worked for the Respondent as a Substitute Bus Driver. In January 2012, I returned to the School Board Bus Terminal to make myself available for work. Mr. McKnight (White/Hiring Supervisor) reported that I was not reliable. This accusation is false.

In August 2012, I applied for a Bus Driver position at the JHP Academy. I asked Mr. McKnight if my physical and flex test were current and he inquired about my prospective employer. Later, Mr. McKnight informed me that he contacted the Academy and told them that I was an unreliable employee. As a result of this negative reference, I was not hired. I believe McKnight took these actions due to the fact that I am a Black female.

The Respondent discriminated against me in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08-21-2012   *Stephanie Blackmon*
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

*Deborah A. Rease*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
*Stephanie Blackmon*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)* 9-24-2012

DEBORAH A. REASE
MY COMMISSION # EE 107835
EXPIRES: October 29, 2015
Bonded Thru Notary Public Underwriters