# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHANIE M. BLACKMON,

    Plaintiff,

v.                                        CASE NO. 3:12-cv-588-RS-EMT

ESCAMBIA COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 72) and Plaintiff's Objection (Doc. 73). I have reviewed the objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion for Summary Judgment (Doc. 35) is **GRANTED**.

3. Counts I through IV and Count VI of Plaintiff's amended complaint are **DISMISSED with prejudice**.

4. Count V of Plaintiff's amended complaint is **DISMISSED without prejudice** to her right to pursue them in state court.

5. The Clerk is directed to enter judgment in Defendant Escambia County School Board's favor and close this case.

**ORDERED** on January 7, 2014.

<u>**/s/ Richard Smoak**</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**